## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| **RONALD W. WALDEN, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No: 2:19-cv-353-RBS-DEM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **3701 PACIFIC AVENUE** | ) | |
| **ASSOCIATES, LLC,** | ) | |
| **a Virginia Limited Liability Company,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## AGREED DISMISSAL ORDER

Plaintiff Ronald W. Walden, Jr. and Defendant 3701 Pacific Avenue Associates, LLC, (together, "Parties") represented to the Court the Parties entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the docket of this Court.

/s/
Douglas E. Miller
United States Magistrate Judge

United States Magistrate Judge

ENTERED: 12 / 2 / 19

**SO STIPULATED:**

*/s/Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile:  (757) 446-1438

*Counsel for Plaintiff*

*/s/Barry Randolph Koch*
Barry Randolph Koch, Esquire
Virginia State Bar # 16609
bkoch@inmanstrickler.com
INMAN & STRICKLER, P.L.C.
575 Lynnhaven Parkway, Suite 200
Virginia Beach, Virginia 23452
Telephone: (757) 486-7055
Facsimile: (757) 431-0410

*Counsel for Defendant*